B1 (Official Form 1) (01/08)

# United States Bankruptcy Court
## EASTERN DISTRICT OF MICHIGAN

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Westminster Homes, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Abbey Homes, Westminster Abbey Homes, Westminster & Abbey Homes | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No/Complete EIN<br>(if more than one, state all):<br>38-3440064 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>30100 Telegraph, Suite 366<br>Bingham Farms, MI     ZIPCODE 48025 | Street Address of Debtor (No. and Street, City, and State):<br>    ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Oakland | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>    ZIPCODE | Mailing Address of Joint Debtor (if different from street address:<br>    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

### Type of Debtor
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 USC §101(8) as "incurred by an individual primarily for a personal, family, or household purpose.
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay the fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. §101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. §101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. §1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,00 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Westminster Homes, LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>See Attached Rider I | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  /S/ _____<br>    Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor – Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                _____
                (Name of landlord that obtained judgment)

                _____
                (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Westminster Homes, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X /s/ _(signature)_
Signature of Attorney for Debtor(s)

Christopher A. Grosman (P58693)
Printed Name of Attorney for Debtor(s)

Carson Fischer, P.L.C.
Firm Name

411 Andover, West - 2nd Floor
Address

Bloomfield Hills, MI 48302

Telephone Number 248/644-4840

Date 8/25/10

*In a case in which 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 §U.S.C. 110.)

Address

X _____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

/s/ _(signature)_
Signature of Authorized Individual

Robert M. Katzman
Printed Name of Authorized Individual

President and CEO
Title of Authorized Individual

9-24-10
Date

# RIDER I

**Pending Bankruptcy Cases Filed by Affiliates of the Debtor:
Each Filed in the United States Bankruptcy Court for the Eastern District of Michigan
Southern Division on August 26, 2010**

On August 26, 2010, each of the affiliated entities listed below filed in this Court a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532.

1. West Village Commons, LLC

2. Burton-Katzman Development Company, Inc.

3. Westminster Homes, LLC

# RESOLUTIONS OF THE
# BOARD OF DIRECTORS OF
# WESTMINSTER ABBEY REALTY & MANAGEMENT, INC.

## August 24, 2010

WHEREAS, the Board of Directors of Westminster Abbey Realty & Management, Inc., ("WARM"), a Michigan corporation which is the Manager of Westminster Homes, LLC (fka Abbey Homes, LLC) ("the "Company"), upon recommendation of the officers of Abbey, has determined that it is desirable, fair, reasonable and in the best interest of the Company and other interested parties for the Company to file a petition seeking relief under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code").

NOW, THEREFORE, BE IT RESOLVED

*Filing and Prosecution of Bankruptcy Case*

RESOLVED, that it is desirable and in the best interest of the Company and other interested parties to authorize WARM's President and Chief Executive Officer, Secretary and Treasurer (each, an "Authorized Officer"), or any of them, to cause to be filed a petition in the name of the Company (the "Chapter 7 Petition") seeking relief under the provisions of Chapter 7 of the Bankruptcy Code; and

RESOLVED, that an Authorized Officer is hereby authorized and directed to execute the Chapter 7 Petition and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court"), in such form and at such time as such officer(s) shall determine; and

RESOLVED, that each Authorized Officer is hereby authorized and directed to take all actions necessary to dissolve the financial affairs of the Company; and

RESOLVED, that each Authorized Officer is hereby authorized to execute and file all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action deemed necessary and proper in connection with the Chapter 7 case

RESOLVED, that all acts lawfully done or actions lawfully taken by an Authorized Officer to seek relief under Chapter 7 of the Bankruptcy Code or in connection with the Chapter 7 case, or any matter related thereto, are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and

*General Authorizing Resolutions*

RESOLVED, that each Authorized Officer, with full authority to act without the others, hereby is authorized and directed, in the name of and on behalf of the Company, under the Company's corporate seal or otherwise, to make, enter into, execute, deliver and file any and all other or further agreements, documents, certificates, materials and instruments, to disburse funds

of the Company, to take or cause to be taken any and all other actions, and to incur all such fees and expenses as such Authorized Officer deems necessary, appropriate or advisable to carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder and/or to successfully complete a Chapter 7 case, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority; and

RESOLVED, that all authorized acts, transactions, or agreements undertaken prior to the adoption of these resolutions by any officer of the Company on behalf of the Company in connection with the foregoing matters are hereby authorized, approved, ratified, confirmed and adopted as the acts of the Company; and

RESOLVED, that each Authorized Officer is hereby authorized, empowered and directed to certify and attest any documents or materials which such Authorized Officer deems necessary, appropriate or advisable to consummate the transactions contemplated by the foregoing resolutions, without the necessity of the signature or attestation of any other officer or the affixing of any seal of the Company.

The undersigned hereby certifies that the foregoing resolutions were duly adopted by the Board of Directors of WARM at a telephonic meeting of the Board of Directors held August 24, 2010.

Dated: August 24, 2010

Name: Robert M. Katzman
Title: Chairman and President

2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------ x
In re:                                              )
                                                    )         Chapter 7
                                                    )
Westminster Homes, LLC                              )
                                                    )         Case No. 10-
                Debtor.                             )         Honorable
                                                    )
------------------------------------------------------------ x

## DECLARATION REGARDING CREDITOR MATRIX

I, Robert M. Katzman, the President and CEO of the above-captioned debtor, declare under penalty of perjury that I have reviewed the Creditor Matrix submitted herewith and that it is true and correct to the best of my information and belief.

Dated: August 25, 2010         Respectfully Submitted,

_____
Debtor: Westminster Homes, LLC
By:   Robert M. Katzman
Its:   President and CEO

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------- x
In re:                                        )
                                              )    Chapter 7
**Westminster Homes, LLC**                    )
                                              )    Case No. 10-
         Debtor.                              )    Honorable
---------------------------------------------------------- x

### CORPORATE OWNERSHIP STATEMENT OF THE DEBTOR PURSUANT TO RULES 1007(a)(1) and 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, Westminster Homes, LLC, a Michigan limited liability company, as debtor, respectfully states that:

There are no entities that directly or indirectly own ten percent (10%) or more of any class of debtor's equity interest.

Dated: August 2, 2010            Respectfully Submitted,

                                  _____
                                  Debtor: Westminster Homes, LLC
                                  By:    Robert M. Katzman
                                  Its:   President and CEO

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------- x
In re: )
 ) Chapter 7
Westminster Homes, LLC )
 ) Case No
 Debtor. ) Honorable
------------------------------------------------- x

### STATEMENT OF ATTORNEYS FOR DEBTOR(S) PURSUANT TO FED.R.BANKR. P. 2016(b)

The undersigned, pursuant to F.R.Bank.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is:

   [X] FLAT FEE

   A. For legal services rendered in contemplation of and in connection with this case exclusive of the filing fee paid.........$7,500.00
   B. Prior to filing this statement, received..............................$7,500.00
   C. The unpaid balance due and payable is.............................$0.00

   [ ] RETAINER

   A. Amount of retainer received...................................................$0.00
   B. The undersigned shall bill against the retainer at an hourly rate of $_____
      Debtors have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $299.00 of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service with respect to the bankruptcy case, including:

   A. Analysis of the debtor's financial situation, and rendering advice to the debtors in determining whether to file a petition in bankruptcy;
   B. Preparation and filing of any petition schedules, statement of affairs ~~and plan which may be required;~~

C. Representations of the debtor at the meeting of creditors ~~and confirmation hearing, and any adjourned hearings thereof (if appropriate)~~;
D. ~~Representation of the debtor in adversary proceedings and other contested Bankruptcy matters (if appropriate)~~; and
E. Other:_____

By agreement with the Debtor, the above-disclosed fee does not include the following services: **N/A**

The source of payments to the undersigned was from:

A. ___ Debtor(s)' earnings, wages, compensation for services performed

B. _X_ Other (describe, including the identity of payor) <u>Burton-Share Management Company</u>

The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, and compensation paid or to be paid except as follows: **N/A**

Dated: August 25, 2010

/s/ Christopher A. Grosman
Robert A. Weisberg (P26698)
Christopher A. Grosman (P58693)
**CARSON FISCHER, P.L.C.**
4111 Andover Road, West – Second Floor
Bloomfield Hills, Michigan 48302
Telephone: (248) 644-4840
Facsimile: (248) 644-1832
E-mail: rweisberg@carsonfischer.com
         cgrosman@carsonfischer.com

Agreed: August __, 2010

Debtor: Westminster Homes, LLC
By: Robert M. Katzman
Its: President and CEO